PROB 12C
(6/16)

Report Date: April 13, 2021

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2021

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Bravo Zambrano     Case Number: 0980 4:15CR06049-EFS-19

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 10, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin, and 400 Grams or More of N-phenyl-N Propanamide 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 |
| Original Sentence: | Prison - 40 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: October 18, 2019 |
| Defense Attorney: | Richard A Smith |
| | Date Supervision Expires: October 17, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by committing an offense of harassment and threats to kill on or about April 9, 2021.

On October 18, 2019, after serving his term of imprisonment, Mr. Zambrano was released from the Federal Bureau of Prison to the custody of the United States Immigration and Customs Enforcement (ICE). Mr. Zambrano released from the custody of ICE and reported to the U.S. Probation office on June 24, 2020.

Per Covid-19 procedures, Mr. Zambrano's conditions of supervised release were verbally reviewed with him on June 24, 2020. He verbally acknowledged an understanding of his conditions, which included mandatory condition number 1, as noted above.

Prob12C
**Re: Zambrano, Juan Bravo**
**April 13, 2021**
**Page 2**

According to the Benton County Sheriff's Office incident investigation report, on April 9, 2021, dispatch received a call for a harassment complaint at 110 Babbs Avenue, in Benton City, Washington. The caller, Lorena Sanchez, stated her brother-in-law, Juan Bravo, threatened he was going to her house and shoot her with a shotgun. A short time later, Lorena called back and stated Juan was at the house. She reported her sister, Socorro Sanchez, has lived with Juan and they have two children together. Lorena stated her sister was living with her and had separated from Juan. She stated Juan was mad that her sister was leaving their relationship. Juan called Lorena, an argument ensued, and Juan told Lorena he was coming to the house with a shotgun and would shoot her. Lorena stated Juan said he would shoot her in the knees with a shotgun. Lorena reported she knew Juan owned a shotgun. She stated about 10 minutes after the call, Juan arrived at the location in a green Honda Accord and was hiding around the corner. Socorro stated she also spoke with Juan on the phone and he told her to come home or he would kill her. Socorro stated Juan had a pistol and shotgun that he frequently carried with him. When Juan showed up, Lorena and Socorro said they believed they were going to be shot. Another family member, who refused to identify themselves, stated they went outside to contact Juan and heard what they believed was a shotgun "racking." This noise was coming from the direction of Juan's vehicle.

Mr. Zambrano left prior to the responding deputy's arrival. Another deputy went to Mr. Zambrano's address at 10903 464 PR NW, in Benton City, and family confirmed he lived there, but was not currently at home. A deputy received information Mr. Zambrano may have gone to a known drug house at 43601 N. Dimmick Road in Benton City. Mr. Zambrano was located at this address sitting in his vehicle in the driver's seat. Mr. Zambrano was arrested and booked into the Benton County Jail. A search warrant was obtained and firearms were not located in the vehicle.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 13, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
**Re: Zambrano, Juan Bravo**
**April 13, 2021**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*
_____
Signature of Judicial Officer

April 14, 2021
_____
Date