## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>-vs-<br>JUAN BRAVO ZAMBRANO,<br>                                Defendant. | Case No.      4:15-CR-6049-EFS-19<br>CRIMINAL MINUTES<br><br>DATE:        JULY 5, 2022<br>LOCATION:  RICHLAND<br><br>SUPERVISED RELEASE REVOCATION HEARING |

| | | | |
|---|---|---|---|
|  | **Hon. Edward F. Shea** | | |
| Cora Vargas<br>**Courtroom Deputy** | 02<br>**Law Clerk** | Bea Rump<br>**Interpreter** | Kim Allen<br>**Court Reporter** |
|  | Stephanie Van Marter<br>**Government Counsel** |  | Craig Webster<br>**Defense Counsel** |
|  | **United States Probation Officer:**  Elizabeth Lee | | |

[ X ]  Open Court          [  ]  Chambers          [  ]  Telecon

Defendant present, in custody of the US Marshal, being assisted by the Court's interpreter.

Ms. Van Marter advises Defendant is prepared to admit alleged violation numbers 1 – 3.

Oath administered to Defendant for admission of violations.

Defendant admits alleged violation numbers 1 – 3.

Ms. Van Marter states BOP informed US Probation that the Defendant may have over-served time in custody from July 7 – 16, 2021, and from July 25 – March 1, 2022.

US Probation Officer, Elizabeth Lee, sworn to testify
Examination of witness by Court
Cross-examination of witness by Ms. Van Marter
Cross-examination of witness by Mr. Webster
Additional examination of witness by Court
Additional cross-examination of witness by Mr. Webster
Recommendation by US Probation Officer
Witness steps down

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 1:28 P.M. | ADJOURNED: 2:21 P.M. | TIME: 0:53 HR. | CALENDARED [ X ] |
|---|---|---|---|

*USA -vs- ZAMBRANO*  
4:15-CR-6049-EFS-19  
Revocation of Supervised Release

July 5, 2022  
Page 2

Argument and recommendation by Ms. Van Marter

Argument and recommendation by Mr. Webster

Defendant addresses the Court on his own behalf

Court finds based on admissions by defendant that violation numbers 1 – 3 have been proven.

**Imprisonment: 7 months**

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

**Supervised Release**: **48 months**, on the same terms and conditions of release previously imposed.

Defendant advised re: right of appeal

**Court**: Counsel shall file a notice within 30 days informing the Court of their respective positions as to the calculation of time the Defendant previously over-served, as notified by BOP.