PROB 12C
(6/16)

Report Date: July 5, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Juan Bravo Zambrano | Case Number: 0980 4:15CR06049-EFS-19 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Mabton, Washington 98935 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: April 10, 2019 | |
| Original Offense: | Conspiracy To Distribute 500 Grams or More of a Mixture or Substance Containing A Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 Grams or More of N-PHENYL-N Propanamide, 21 U.S.C. §§ 841 (a)(1), (b)(1)(A) and 846 |
| Original Sentence: Prison - 40 months TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 15, 2022) Prison-3 months TSR-57 months | |
| Revocation Sentence: (July 5, 2022) Prison-7 months TSR-48 months | |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: December 1, 2022 |
| Defense Attorney: Craig Webster | Date Supervision Expires: January 31, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/2/2023 (docketed on June 5, 2023).

On April 6, 2023, all the conditions of supervised release were reviewed with Mr. Zambrano. He signed a copy of his conditions, and verbalized a full understanding. Mr. Zambrano was referred to Merit Resource Services (Merit) for substance abuse treatment and for drug testing.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Zambrano, Juan Bravo**
July 5, 2023
Page 2

        **Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to report for drug testing as required on or about June 7, 2023.

        On June 8, 2023, Merit staff reported Mr. Zambrano failed to report for drug testing when his assigned color was called as required on June 7, 2023.

        On that same date, the undersigned officer called Mr. Zambrano's mother and spoke with Mr. Zambrano. He admitted to the undersigned officer he had not called the color line for the last 2 days because he did not have a working cell phone.

8      **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to report for drug testing as required on or about June 13, 2023.

        On June 14, 2023, Merit staff reported Mr. Zambrano failed to report for drug testing when his assigned color was called as required on June 13, 2023.

        Mr. Zambrano reported to the probation office on June 14, 2023. During this office visit, he admitted he had not called the color line because he did not have a working cell phone.

9      **Special Condition #5:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your anility to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to comply with his treatment plan on or before June 27, 2023.

        On June 27, 2023, the Merit counselor reported Mr. Zambrano was in noncompliance with his treatment plan due to poor attendance. Mr. Zambrano had very poor attendance issues since May, and he last attended a scheduled Zoom treatment session on June 7, 2023. Mr. Zambrano recently re-engaged in treatment services on June 28, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 5, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
**Re: Zambrano, Juan Bravo**
**July 5, 2023**
**Page 3**

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Edward F. Shea_
Signature of Judicial Officer

7/6/2023
Date