PROB 12C
(6/16)

Report Date: December 6, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Juan Bravo Zambrano | Case Number: 0980 4:15CR06049-EFS-19 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓ Benton City, Washington 99320 | |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: April 10, 2019 | |
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing A Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 Grams or More of N-PHENYL-N Propanamide, 21 U.S.C. § 841(a)(1), (b)(1)(A) and 846 |
| Original Sentence: | Prison - 40 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 15, 2022) | Prison-3 months<br>TSR-57 months | |
| Revocation Sentence:<br>(July 5, 2022) | Prison-7 months<br>TSR-48 months | |
| Revocation Sentence:<br>(August 29, 2023) | Prison - None<br>TSR - Term expires on January 31, 2027 | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: August 29, 2023 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: January 31, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/15/2023.

On September 14, 2023, the conditions of supervised release were reviewed with Mr. Zambrano. He verbalized a full understanding of his conditions and was directed to maintain substance abuse treatment and urinalysis testing at Merit Resource Services (Merit).

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob12C
**Re: Zambrano, Juan Bravo**
**December 6, 2023**
**Page 2**

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to report for drug testing as required on or about November 29, 2023.<br><br>On November 30, 2023, Merit staff reported Mr. Zambrano failed to report for drug testing when his assigned color was called as required on November 29, 2023. |
| 4 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by consuming an illegal controlled substance, methamphetamine, on or about between December 2, 2023.<br><br>On December 5, 2023, Mr. Zambrano reported to Merit for urinalysis (UA) testing after being directed by this officer. Mr. Zambrano provided a specimen that tested presumptive positive for methamphetamine. This officer received a call from the UA technician and Mr. Zambrano. Mr. Zambrano admitted to having consumed methamphetamine on or about December 2, 2023. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 6, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Zambrano, Juan Bravo
December 6, 2023
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_12/7/2023_____
Date