PROB 12C  
(6/16)

Report Date: November 14, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Bravo Zambrano        Case Number: 0980 4:15CR06049-EFS-19

Address of Offender: ▮▮▮▮▮▮▮▮▮, Benton City, Washington 99320

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 10, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing A Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 Grams or More of N-PHENYL-N Propanamide, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 40 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 15, 2022) | Prison-3 months<br>TSR-57 months |
| Revocation Sentence:<br>(July 5, 2022) | Prison-7 months<br>TSR-48 months |
| Revocation Sentence:<br>(August 29, 2023) | Prison - None<br>TSR - Term expires on January 31, 2027 |
| Asst. U.S. Attorney: | Stephanie A. Van Marter    Date Supervision Commenced: August 29, 2023 |
| Defense Attorney: | Craig Webster    Date Supervision Expires: January 31, 2027 |

## PETITIONING THE COURT

To issue a summons.

On September 14, 2023, the conditions of supervised release were reviewed with Mr. Zambrano. He verbalized a full understanding of his conditions and was directed to maintain substance abuse treatment and urinalysis testing at Merit Resource Services.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to |

Prob12C
**Re: Zambrano, Juan Bravo**
**November 14, 2023**
**Page 2**

your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to comply with his treatment plan on or before October 11, 2023.

On October 11, 2023, Mr. Zambrano's treatment provider, Merit Resource Services (Merit) reported that Mr. Zambrano was discharged from services and he left without notice. This officer encouraged Mr. Zambrano to regain compliance and reengage services at Merit. As of the date of this petition, Mr. Zambrano has made no effort to reengage the recommended substance abuse treatment program.

2   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to report for drug testing as required on or about October 4, 27, 30, and November 7, 2023.

On October 5, 2023, Merit staff reported Mr. Zambrano failed to report for drug testing when his assigned color was called as required on October 4, 2023.

On October 30, 2023, Merit staff reported Mr. Zambrano failed to report for drug testing when his assigned color was called as required on October 27, 2023.

On October 31, 2023, Merit staff reported Mr. Zambrano failed to report for drug testing when his assigned color was called as required on October 30, 2023.

On November 8, 2023, Merit staff reported Mr. Zambrano failed to report for drug testing when his assigned color was called as required on November 7, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 14, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Zambrano, Juan Bravo**
**November 14, 2023**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_Edward F. Shea_
Signature of Judicial Officer

November 15, 2023
Date