PROB 12C
(6/16)

Report Date:  December 13, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 14, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Bravo Zambrano          Case Number: 0980 4:15CR06049-EFS-19

Address of Offender: ███████████  Benton City, Washington 99320

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 10, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 Grams or More of N-PHENYL-N Propanamide, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 40 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 15, 2022) | Prison - 3 months TSR - 57 months | |
| Revocation Sentence: (July 5, 2022) | Prison - 7 months TSR - 48 months | |
| Revocation Sentence: (August 29, 2023) | Prison - None TSR - Term expires on January 31, 2027 | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: August 29, 2023 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: January 31, 2027 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/15/2023 and 12/06/2023.

On September 14, 2023, the conditions of supervised release were reviewed with Mr. Zambrano. He verbalized a full understanding of his conditions and was directed to maintain substance abuse treatment and urinalysis testing at Merit Resource Services (Merit).

The probation officer believes that the offender has violated the following conditions of supervision:

Prob12C
**Re: Zambrano, Juan Bravo**
**December 13, 2023**
**Page 2**

| <u>Violation Number</u> | <u>Nature of Noncompliance</u> |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by committing assault and robbery on or about December 10, 2023, per Benton County Superior Court Probable Cause filed in cause number 23-1-01212-03, dated December 12, 2023.

On December 10, 2023, at approximately 11:04 p.m., Benton County Sheriff's Office detective Jorge Garcia was called out to respond to an assault that occurred at N 108 PR in Benton City, Washington. He was informed the victim in this incident, CLR, was currently receiving treatment at Kadlec Regional Medical Center (Kadlec) in Richland, Washington. The detective responded to Kadlec and contacted CLR in the emergency room. CLR was being attended to by several medical professionals and was covered in blood. The detective was able to observe a large laceration on the left side of his head. The detective was advised by the medical staff that CLR had slashes on his scalp, two deep wounds to his left arm, and one wound to his left buttock. The detective obtained a preliminary interview with CLR at the hospital and then conducted a more detailed follow up interview at the Benton County Sheriff's Office (sheriff's office) on December 11, 2023.

During the interview at the sheriff's office on December 11, 2023, CLR stated that prior to being stabbed, he was shopping in Kennewick, Washington, at the Columbia Center Mall and then at the Target store in Richland. CLR reported that while in Kennewick, he saw a post on Facebook Marketplace for some "Kicker" brand 12-inch speakers. He stated he recognized the individual selling the speaker as he worked with him in the past during a 2-week time span. The individual selling the speakers identified himself as "Juan." CLR called "Juan" and made a deal for the speakers and was provided the address to Juan's residence. CLR entered the address into his cell phone's global positioning system(GPS). CLR stated that Juan's profile name was "Jony" Valdez and provided a verbal description of Juan, including his clothing. He stated that in his profile photo, Juan was wearing a gray shirt, gray hat and a cell phone was blocking his face. CLR stated that Juan was on horseback in a separate profile picture. He also stated that Juan had Prosser, Washington, as his location on his profile. The detective searched Facebook and located the profile of "Johnny Baldez" with the profile photo matching the description provided by CLR.

When discussing the transaction for the speakers, CLR stated he arrived at Juan's house, later identified as 10903 W 464 PRNW, Benton City, Benton County, Washington, at approximately 10 p.m. to 10:30 p.m. While at the house, CLR reported he was offered something to drink and was provided a yellow Powerade. When asked about the drink being "sealed," CLR claimed he did not remember hearing the cracking noise when he twisted the cap off. He reported that Juan was there with an unknown male and stated the speakers were at the unknown male's house.

CLR stated he got a "weird vibe" from the males and became concerned about the items he had purchased while shopping earlier, so he moved the items to the trunk of his vehicle as Juan and the unknown male watched. CLR reported that Juan got into the passenger seat of his vehicle and the unknown into the back seat while CLR drove away. Juan provided turn by turn directions to CLR and asked CLR to turn off the music. CLR said that in less than

Prob12C
**Re: Zambrano, Juan Bravo**
**December 13, 2023**
**Page 3**

five minutes of leaving Juan's house, Juan told him to give him his car.  CLR believed Juan was joking at first, but Juan then later repeated the request in a demanding tone while using profanity.  CLR said he became upset about the way Juan was speaking to him and confronted him about it. CLR stated he saw Juan pull out a knife and swing it at his right shoulder. CLR only saw the blade of the knife and described it as approximately 4 inches in length. CLR stated after Juan attempted to stab him, he turned toward Juan and began to defend himself as Juan continued to attack. CLR said Juan continued to stab him and cut his left arm and shoulder.

After being stabbed, CLR jumped out of his vehicle and curled his body on the ground as Juan continued to stab him. CLR said Juan cut him on the head and back while he was lying on the ground. CLR stated the male in the back seat told Juan to leave CLR and leave the area. CLR said he ran seeking help while Juan took his vehicle and drove back in the direction they had come from.

CLR knocked on two homes seeking help and was successful in contacting a home on North Whan Road whose resident called 911. CLR's vehicle was located on N 108 PR NW with the driver's side door open. N 108 PR NW is located approximately 3 miles north of Juan's residence. The vehicle was unoccupied with blood on the rear outside driver side door. Attempts to call CLR's cell phone were made, but the phone went directly to voicemail. It is unknown if the phone was in the vehicle or if the suspects took it.  Benton County deputies had the vehicle impounded as evidence. At the conclusion of CLR's interview, the detective drove the route CLR took to Juan's  home, which led directly to 10903 W 464 PR NW, Benton City, Benton County, Washington.

On December 12, 2023, charges for second degree assault and first degree robbery were filed in Benton County Superior Court and a warrant was issued for Mr. Zambrano, in cause number 23-1-01212-03.

6    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer and you must report to the probation officer as instructed.

**Supporting Evidence**:  Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to report to the probation office as instructed on December 12, 2023.

On December 7, 2023, Mr. Zambrano made his initial appearance before a Magistrate Judge and he was instructed to report to the probation office on December 12, 2023, by 9 a.m., to be processed by the U.S. Marshals Service.

On December 12, 2023, Mr. Zambrano failed to report to the probation office.  Attempts to contact Mr. Zambrano were made with no success.  Mr. Zambrano's whereabouts is unknown at this time.

Prob12C

**Re: Zambrano, Juan Bravo**
**December 13, 2023**
**Page 4**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | December 13, 2023 |
| | s/Arturo Santana |
| | Arturo Santana U.S. Probation Officer |

---

THE COURT ORDERS

[   ]   No Action
[X]   The Issuance of a Warrant
[   ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]   Defendant to appear before the Judge assigned to the case.
[   ]   Defendant to appear before the Magistrate Judge.
[   ]   Other

*Edward F. Shea*

Signature of Judicial Officer

December 14, 2023

Date